

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| DEVORIS NEWSON, | § | No. 08-24-00113-CR |
| Appellant, | § | Appeal from the |
| v. | § | 384th Judicial District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC#20240D01345) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction. We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF MAY 2024.

LISA J. SOTO, Justice

Before Palafox, J., Soto, J., and Barajas, C.J. (Senior Judge)
Barajas, C.J. (Senior Judge) (sitting by assignment)